

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00475-CR

Jacqulin **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 272nd District Court, Brazos County, Texas
Trial Court No. 12-00820-CRF-272
Travis B. Bryan III, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez

Appellant's motion for rehearing is DENIED. *But see Thompson v. State*, 9 S.W.3d 808, 814 (Tex. Crim. App. 1999) (noting claims of ineffective assistance of counsel generally better addressed through the filing of a post-conviction application for writ of habeas corpus); TEX. CODE CRIM. PROC. art. 11.07 (detailing procedures for filing post-conviction application for writ of habeas corpus).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court